DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
DIANA ROSENSTEIN, State Bar #198740
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3933
Facsimile:   (415) 554-3837
diana.rosenstein@sfgov.org

JEFFREY T. MAKOFF, State Bar #120004
Valle Makoff LLP
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 986-8001
Facsimile:   (415) 986-8003
jmakoff@vallemakoff.com

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO EMMERICH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER DOE #1, OFFICER DOE #2, OFFICER DOE #3, OFFICER DOE #4,<br><br>　　　　Defendants. | Case No. 15 cv-02914-WHO<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Trial Date:   Not Set |

　　　WHEREAS, on August 27, 2015, the Court ordered the Initial Case Management Conference and related deadlines continued by stipulation of the parties; and

　　　WHEREAS, the August 27, 2015 Order sets November 3, 2015 as the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection

---

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. 15-cv-02914-WHO

and discovery plan, and the last day to file ADR Certification signed by Parties and Counsel, and the last day to file either a Stipulation to ADR Process of Notice of Need for ADR Phone Conference; sets November 17, 2015 as the last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case Management Statement; and sets November 24, 2015 as the date for the Initial Case Management Conference; and

WHEREAS, counsel for Plaintiff Gino Emmerich and newly-associated co-counsel for Defendant City and County of San Francisco have met and conferred on approaches to explore the issues in the case, and the parties have agreed to hold an in-person meeting of the parties and counsel for the purpose of discussing the issues in the case and possible early-resolution approaches in late-November or December of 2015, in San Francisco, subject to scheduling; and

WHEREAS, the parties believe it would divert resources to hold a case management conference and to comply with all other related deadlines before the parties' meeting described above.

THEREFORE, the parties hereby stipulate and agree, and request that the Court order, that the dates set in the Court's Order, dated August 27, 2015, be continued to new dates, as follows:

1. Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan should be extended to January 12, 2016
2. Last day to file ADR Certification signed by Parties and Counsel should be extended to January 12, 2016
3. Last day to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference should be extended to January 26, 2016.
4. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding Contents of Joint Case Management Statement should be extended to January 26, 2016.

---

1

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. 15-cv-02914-WHO**

5. Date for Initial Case Management Conference should be extended to February 2, 2016.

Dated: November 03, 2015

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DIANA ROSENSTEIN
Deputy City Attorney

VALLE MAKOFF LLP

By: _____
JEFFREY T. MAKOFF
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 03, 2015

By: _____
MICHAEL MILLEN
Attorney for Plaintiff
GINO EMMERICH

---

2
**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. 15-cv-02914-WHO**

## ORDER

PURSUANT TO STIPUALTION, IS HEREBY ORDERED that the Initial Case Management Conference and all other related deadlines be continued as described in the stipulation above.

Dated: November 9, 2015

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE