1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  DIANA ROSENSTEIN, State Bar #198740
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3933
6  Facsimile:    (415) 554-3837
   diana.rosenstein@sfgov.org
7

8  JEFFREY T. MAKOFF, State Bar #120004
   PATRICK T. FREEMAN, State Bar #307329
9  Valle Makoff LLP
   388 Market Street, Suite 1300
10 San Francisco, California 94111
   Telephone:    (415) 986-8001
11 Facsimile:    (415) 986-8003
   jmakoff@vallemakoff.com
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 GINO EMMERICH,                          ) Case No. 15 cv-02914-WHO
                                           )
18           Plaintiff,                    )
                                           ) **STIPULATION TO CONTINUE INITIAL**
19      vs.                                ) **CASE MANAGEMENT CONFERENCE;**
                                           ) **ORDER**
20 CITY AND COUNTY OF SAN                  )
   FRANCISCO, OFFICER DOE #1,              )
21 OFFICER DOE #2, OFFICER DOE #3,         ) Trial Date:   Not Set
   OFFICER DOE #4,                         )
22                                         )
                                           )
23           Defendants.                   )
                                           )
24                                         )

25      WHEREAS, on November 09, 2015 the Court ordered the Initial Case

26 Management Conference and all other related deadlines continued.

27      WHEREAS, the November 09, 2015 Order lists January 12, 2016 as the last day

28 to meet and confer regarding initial disclosures, early settlement, ADR process selection

---

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;**
**CASE NO. 15-cv-02914-WHO**

and discovery plan, and the last day to file ADR Certification signed by Parties and Counsel; lists January 26, 2016 as the last day to file either a Stipulation to ADR Process of Notice of Need for ADR Phone Conference and the last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case Management Statement; and sets February 2, 2016 as the date for the Initial Case Management Conference.

    WHEREAS, counsel for Plaintiff Gino Emmerich and Defendant City and County of San Francisco have met and the parties have agreed to a settlement in principle.

    WHEREAS, the parties' settlement in principle is being documented and approved.

    WHEREAS, the parties believe it would be inefficient to hold a case management conference and to maintain all other related deadlines given the parties' settlement in principle.

    THEREFORE, the parties hereby stipulate and agree, and request the Court order to extend the dates set in the Court's Order, dated November 09, 2015, as follows:

1. Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan be extended to March 22, 2016
2. Last day to file ADR Certification signed by Parties and Counsel be extended to March 22, 2016
3. Last day to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference be extended to March 22, 2016.
4. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding Contents of Joint Case Management Statement be extended to April 5, 2016.

5. Date for Initial Case Management Conference be extended to April 12, 2016.

Dated: January 7, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DIANA ROSENSTEIN
Deputy City Attorney

VALLE MAKOFF LLP

By: _____
JEFFREY T. MAKOFF
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 7, 2016

By: _____
MICHAEL MILLEN
Attorney for Plaintiff
GINO EMMERICH

2
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. 15-cv-02914-WHO

**ORDER**

PURSUANT TO STIPUALTION, IS HEREBY ORDERED that the Initial Case Management Conference and all other related deadlines be continued as outlined above.

Dated: January 8, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE