UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO EMMERICH,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 15-cv-02914-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 21, 2016

_____
WILLIAM H. ORRICK
United States District Judge